UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re:<br><br>DANAE KRISTEN KIRSCHMAN<br>SSN/ITIN xxx-xx-1971<br><br>Debtor.<br><br>FORREST C. ALLRED, Chapter 7 Trustee,<br>Plaintiff,<br><br>-vs-<br><br>FIRST DATA CORPORATION;<br>TELECHECK ACQUISITION LLC;<br>TELECHECK ACQUISITION-MICHIGAN,<br>LLC; TELECHECK INTERNATIONAL,<br>INC.; TELECHECK PITTSBURGH/WEST<br>VIRGINIA, INC.; TELECHECK<br>SERVICES, INC; and TRS RECOVERY<br>SERVICES, INC.<br><br>Defendants. | Bankr. Case No. 10-10092<br><br>Adv. No. 12-01007<br><br>Chapter 7<br><br><br><br><br><br><br>NOTICE OF DISMISSAL |

Plaintiff hereby dismisses the above-captioned action, in its entirety and as to all Defendants.

DATED this 12th day of April, 2012.

/s/ Forrest C. Allred
Forrest C. Allred, Chapter 7 Trustee
14 Second Ave SE, Suite 200
Aberdeen, SD 57401
Telephone: (605) 225-3933
Fax: (888) 225-4943
e-mail: forrest.allred@gmail.com